**COMMONWEALTH of Pennsylvania**

v.

**Rance Lee VIA, Appellant.**

Supreme Court of Pennsylvania.

Argued April 20, 1982.

Decided May 21, 1982.

Menno B. Rohrer, Lancaster (Court-appointed), for appellant.

Edward F. Browne, Jr., Asst. Dist. Atty., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

144

## ORDER

PER CURIAM.

Order and judgment of sentence affirmed.